RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/15/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DR. KATHLEEN J. HARRIS | CIVIL ACTION NO. 12-2180 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MONROE CITY SCHOOL BOARD | MAG. JUDGE KAREN L. HAYES |

## ORDER

After consideration of the requirements of Federal Rule of Civil Procedure 65(b) and the applicable case law, including *Valley v. Rapides Parish Sch. Bd.*, 118 F.3d 1047 (5th Cir. 1997),

IT IS ORDERED that Plaintiff Dr. Kathleen J. Harris' Motion for a Temporary Restraining Order [Doc. No. 2] is DENIED. Written reasons for the Court's Order will issue shortly.

MONROE, LOUISIANA, this 15th day of August, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE